IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY & ) <br> SURETY COMPANY OF AMERICA, ) <br> a corporation, ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES WOHLERS, ) <br> an individual, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO.: <br> 1:20-cv-0158-JB-M |

## ANSWER

COMES NOW, the Defendant, James Wohlers, by and through his undersigned counsel, and in answer to Plaintiff's Complaint would state as follows:

1. Defendant admits Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits Paragraph 3 of Plaintiff's Complaint.

4. Defendant admits Paragraph 4 of Plaintiff's Complaint.

5. Defendant does not have sufficient knowledge to admit or deny the allegations contained in Paragraph 5 of Plaintiff's complaint and therefore denies them and demands strict proof thereof.

1

6. Defendant does not have sufficient knowledge as to what was reported to Plaintiff in order to admit or deny the allegations contained in Paragraph 6 of Plaintiff's complaint and therefore denies them and demands strict proof thereof.

7. Defendant does not deny a "Proof of Loss" was provided to Plaintiff as it is attached as an exhibit to Plaintiff's complaint. However, Defendant denies the accuracy of the contents of that "Proof of Loss" further detailed in Paragraph 7 of Plaintiff's complaint and demands strict proof thereof.

8. Defendant does not have sufficient knowledge as regarding Plaintiff's "investigation of the claim and the supporting documents" and further does not know the limit of liability for the applicable insurance coverage in order to admit or deny the allegations contained in Paragraph 8 of Plaintiff's complaint and therefore denies them and demands strict proof thereof.

9. Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint and demands strict proof thereof.

10. Defendant adopts and incorporates its responses to Paragraphs 1 through 9 of Plaintiff's complaint.

11. Defendant denies the allegations contained in Paragraph 11 of the Plaintiff's Complaint and demands strict proof thereof.

12. Defendant denies the allegations contained in Paragraph 12 of the Plaintiff's Complaint and demands strict proof thereof.

13. Defendant denies the allegations contained in Paragraph 13 of the Plaintiff's Complaint and demand strict proof thereof.

14. Defendant adopts and incorporates its responses to Paragraphs 1 through 13 of Plaintiff's complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Plaintiff's Complaint and demand strict proof thereof.

16. Defendant adopts and incorporates its responses to Paragraphs 1 through 15 of Plaintiff's complaint.

17. Defendant denies the allegations contained in Paragraph 17 of the Plaintiff's Complaint and demand strict proof thereof.

## FIRST AFFIRMATIVE DEFENSE

Defendant states he is not guilty.

## SECOND AFFIRMATIVE DEFENSE

Defendant raises the defense of statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Defendant raises the defense of latches.

## FOURTH AFFIRMATIVE DEFENSE

Defendant raises the defenses of consent and ratification.

## FIFTH AFFIRMATIVE DEFENSE

Defendant raises the defense of bad faith.

## SIXTH AFFIRMATIVE DEFENSE

Defendant raises the defense of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant raises the defense of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant raises the defense of good faith.

## NINTH AFFIRMATIVE DEFENSE

Defendant raises the defense of unclean hands.

Wherefore, Plaintiff is not entitled to any of the damages claimed in its Compliant.

Respectfully submitted this 8th day of February 2021.

                                          **/s/ Suzanne R. Norman**
                                        Suzanne R. Norman (asb-1703-m06o)

**OF COUNSEL:**

**BOLES HOLMES PARKMAN WHITE, LLC**
1929 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: 205-502-2000
Facsimile: 205-847-1285
Email: snorman@bhpwlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will cause copies to be electronically served upon all counsel of record.

**/s/ Suzanne R. Norman**
OF COUNSEL
